IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-10-726 |
| | § | |
| GILBERTO TORRALBA LOPEZ | § | |
| EDDIE LOPEZ | § | |

**O R D E R**

Defendant Eddie Lopez filed an unopposed motion for continuance, (Docket Entry No. 25). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | January 31, 2011 |
| Responses are to be filed by: | February 14, 2011 |
| Pretrial conference is reset to**:** | **February 22, 2011, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **February 28, 2011, at 9:00 a.m.** |

SIGNED on December 7, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge